

Hogan Lovells US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102
T +1 703 610 6100
F +1 703 610 6200
www.hoganlovells.com

March 23, 2017

*BY ELECTRONIC FILING*

Clerk of Court
United States District Court
for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: *In re Subpoena to Testify at a Deposition Issued to Thomas Jefferson High School for Science & Technology; Nonparty Thomas Jefferson High School's Motion to Quash*

Dear Sir or Madam:

We are initiating a miscellaneous action by filing electronically (1) Nonparty Thomas Jefferson High School's Motion to Quash Subpoena to Testify at a Deposition and (2) Nonparty Thomas Jefferson High School's Brief in Support of its Motion to Quash Subpoena to Testify at a Deposition. We also are submitting the required filing fee.

As set forth in the above-referenced documents, the subpoena that Thomas Jefferson High School seeks to quash relates to a matter pending in the United States District Court for the District of Massachusetts. The place of compliance is within the jurisdiction of this Court.

We will serve the initiating documents, the Motion to Quash and Brief in Support of the Motion to Quash, by private process server. Please issue a summons for service on Students for Fair Admissions, Inc. at the following address:

Students for Fair Admissions, Inc.
National Corporate Research, LTD.
250 Browns Hill Court
Midlothian, VA 23114

If you have any questions or need any additional information, feel free to contact me at (703) 610-6194.

Sincerely,

Christopher T. Pickens
christopher.pickens@hoganlovells.com
D (703) 610-6194

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Brussels Caracas Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Moscow Munich New York Northern Virginia Paris Perth Philadelphia Rio de Janeiro Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Ulaanbaatar Warsaw Washington DC Associated offices: Budapest Jakarta Shanghai FTZ Zagreb. Business Service Centers: Johannesburg Louisville. Legal Service Center: Birmingham. For more information see www.hoganlovells.com