**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:**<br><br>**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ISSUED TO THOMAS JEFFERSON HIGH SCHOOL FOR SCIENCE & TECHNOLOGY** | **MISC NO.: 1:17-mc-00007-TSE-IDD**<br><br>**(D. Mass. Case No.: 1:14-cv-14176-ADB)** |

**NOTICE OF HEARING ON NON-PARTY THOMAS JEFFERSON HIGH SCHOOL FOR SCIENCE & TECHNOLOGY'S MOTION TO QUASH SUBPOENA**

Please take notice that, pursuant to Local Rule 7(E), non-party Fairfax County School Board, on behalf of non-party Thomas Jefferson High School for Science & Technology, will bring its Motion to Quash Subpoena, filed March 23, 2017, (ECF No. 1), before the Court for hearing on April 21, 2017 at 10:00 a.m., or as soon thereafter as it may be heard. Counsel for movant has conferred with opposing counsel, who stated they are available on April 21, 2017.

Dated: March 31, 2017

Respectfully submitted,

HOGAN LOVELLS US LLP

By: /s/

Christopher T. Pickens (VSB No. 75307)
Park Place II, Ninth Floor
7930 Jones Branch Drive
McLean, VA 22102-3302
Tel: (703) 610-6100
Fax: (703) 610-6200
christopher.pickens@hoganlovells.com

*Counsel for the Fairfax County School Board on behalf of Thomas Jefferson High School for Science & Technology*

OF COUNSEL:

Maree F. Sneed
Michele E. Gutrick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
maree.sneed@hoganlovells.com
michele.gutrick@hoganlovells.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2017, a true copy of the foregoing was sent via electronic and first class mail, postage prepaid, to the following:

Michael H. Park
Consovoy McCarthy Park PLLC
3 Columbus Circle, 15th Floor
New York, NY 10024
(646) 456-4432
Email: park@consovoymccarthy.com

Benjamin C. Caldwell
Burns & Levinson LLP
One Citizens Plaza
Suite 1100
Providence, RI 02903
401-831-8330
Email: bcaldwell@burnslev.com

/s/

Christopher T. Pickens (VSB No. 75307)
HOGAN LOVELS US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
Mclean, VA 22102-3302
Tel: (703) 610-6100
Fax: (703) 610-6200
christopher.pickens@hoganlovells.com

*Counsel for the Fairfax County School Board on behalf of Thomas Jefferson High School for Science & Technology*