**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SUBPOENA TO TESTIFY AT | ) | |
| A DEPOSITION IN A CIVIL | ) | |
| ACTION ISSUED TO | ) | Misc. No. 1:17-mc-00007-TSE-IDD |
| THOMAS JEFFERSON HIGH SCHOOL | ) | |
| FOR SCIENCE & TECHNOLOGY, | ) | (D. Mass. Case No 1:14-cv-14176-ADB) |
| | ) | |

## CROSS MOTION TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Students for Fair Admissions, Inc. ("SFFA") respectfully files this cross motion to transfer this action to the District of Massachusetts and a memorandum and exhibits in support. SFFA has conferred with Fairfax County Public Schools ("FCPS"), which opposes the motion.

Dated: April 3, 2017

Respectfully submitted,

By: /s/ J. Michael Connolly

J. Michael Connolly (VA 77632)
Bryan K. Weir (VA 82787)
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Tel: 703.243.9423
Fax: 703.243.9423
mike@consovoymccarthy.com
bryan@consovoymccarthy.com

Michael H. Park
CONSOVOY MCCARTHY PARK PLLC
3 Columbus Circle, 15th Floor
New York, NY 10019
Tel: 212.247.8006
park@consovoymccarthy.com

*Counsel for SFFA*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2017, a true copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Christopher T. Pickens (VSB No. 75307)
HOGAN LOVELS US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
Mclean, VA 22102-3302
Tel: (703) 610-6100
Fax: (703) 610-6200
christopher.pickens@hoganlovells.com

*Counsel for the Fairfax County School Board on behalf of Thomas Jefferson High School for Science & Technology*

/s/ J. Michael Connolly
J. Michael Connolly