# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| SUBPOENA TO TESTIFY AT ) | |
| A DEPOSITION IN A CIVIL ) | |
| ACTION ISSUED TO ) | Misc. No. 1:17-mc-00007-TSE-IDD |
| THOMAS JEFFERSON HIGH SCHOOL ) | |
| FOR SCIENCE & TECHNOLOGY, ) | (D. Mass. Case No 1:14-cv-14176-ADB) |
| ) | |

## NOTICE OF HEARING ON STUDENTS FOR FAIR ADMISSIONS' MOTION TO TRANSFER TO THE DISTRICT OF MASSACHUSETTS

Please take notice that, pursuant to Local Rule 7(E), Students for Fair Admissions, Inc. ("SFFA") will bring its Cross Motion to Transfer, filed April 3, 2017, (ECF No. 5), before the Court for hearing on April 21, 2017 at 10:00 a.m., or as soon thereafter as it may be heard. Counsel for SFFA has conferred with opposing counsel, who stated they are available on April 21, 2017.

Dated: April 3, 2017                                    By: /s/ J. Michael Connolly

J. Michael Connolly (VA 77632)
Bryan K. Weir (VA 82787)
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Tel: 703.243.9423
Fax: 703.243.9423
mike@consovoymccarthy.com
bryan@consovoymccarthy.com

Michael H. Park
CONSOVOY MCCARTHY PARK PLLC
3 Columbus Circle, 15th Floor
New York, NY 10019
Tel: 212.247.8006
park@consovoymccarthy.com

*Counsel for SFFA*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2017, a true copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Christopher T. Pickens (VSB No. 75307)
HOGAN LOVELS US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
Mclean, VA 22102-3302
Tel: (703) 610-6100
Fax: (703) 610-6200
christopher.pickens@hoganlovells.com

*Counsel for the Fairfax County School Board on behalf of Thomas Jefferson High School for Science & Technology*

/s/ J. Michael Connolly
J. Michael Connolly