**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SUBPOENA TO TESTIFY AT | ) | |
| A DEPOSITION IN A CIVIL | ) | |
| ACTION ISSUED TO | ) | Misc. No. 1:17-mc-00007-TSE-IDD |
| THOMAS JEFFERSON HIGH SCHOOL | ) | |
| FOR SCIENCE & TECHNOLOGY, | ) | (D. Mass. Case No 1:14-cv-14176-ADB) |
| | ) | |

**CORPORATE DISCLOURE STATEMENT**

Pursuant to Local Rule 7.1, Students for Fair Admissions, Inc. ("SFFA") certifies the following. SFFA is a non-profit corporation organized under the laws of Virginia. SFFA has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: April 3, 2017

Respectfully submitted,

By: /s/ J. Michael Connolly

J. Michael Connolly (VA 77632)
Bryan K. Weir (VA 82787)
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Tel: 703.243.9423
Fax: 703.243.9423
mike@consovoymccarthy.com
bryan@consovoymccarthy.com

Michael H. Park
CONSOVOY MCCARTHY PARK PLLC
3 Columbus Circle, 15th Floor
New York, NY 10019
Tel: 212.247.8006
park@consovoymccarthy.com

*Counsel for SFFA*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2017, a true copy of the foregoing was filed electronically

with the Clerk of Court using the CM/ECF system, which will send a notification of such filing

to the following:

Christopher T. Pickens (VSB No. 75307)
HOGAN LOVELS US LLP
Park Place II, Ninth Floor
7930 Jones Branch Drive
Mclean, VA 22102-3302
Tel: (703) 610-6100
Fax: (703) 610-6200
christopher.pickens@hoganlovells.com

*Counsel for the Fairfax County School*
*Board on behalf of Thomas Jefferson High*
*School for Science & Technology*

/s/ J. Michael Connolly
J. Michael Connolly