AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In re: ) <br> ) <br> Subpoena to Testify at a Deposition in a Civil Action ) <br> Issued to Thomas Jefferson High School for Science ) <br> & Technology ) <br> ) | Case No.   1:17-mc-00007-TSE-IDD |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College

Date: April 13, 2017

*Attorney's signature*

Gregory H. Lantier
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006

*Address*

gregory.lantier@wilmerhale.com
*E-mail address*

(202) 663-6327
*Telephone number*

(202) 663-6363
*FAX number*