IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: )
)
SUBPOENA TO TESTIFY AT A )
DEPOSITION IN A CIVIL ACTION )
ISSUED TO THOMAS JEFFERSON ) Misc. No. 1:17-mc-00007 (TSE/IDD)
HIGH SCHOOL FOR SCIENCE & )
TECHNOLOGY, ) (D. Mass. Civil Action No. 1:14-cv-14176)
)
_____ )

## ORDER

This MATTER is before the Court on Respondent's Cross Motion to Transfer [Dkt. No. 5]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. This miscellaneous matter, 1:17-mc-00007, is transferred to the United States District Court for the District of Massachusetts.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 18th day of April 2017.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia