# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:17−mc−00007−TSE−IDD

In re: Subpoena to Testify at a Deposition in a Civil Action Issued to Thomas Jefferson High School for Science and Technology
Assigned to: District Judge T. S. Ellis, III
Referred to: Magistrate Judge Ivan D. Davis
Case in other court:   USDC District of Massachusetts, 1:14−cv−14176−ADB
Cause: Motion to Quash

Date Filed: 03/23/2017
Date Terminated: 04/18/2017

**In Re:**

**In re: Subpoena to Testify at a Deposition in a Civil Action Issued to Thomas Jefferson High School for Science &Technology**

**Respondent**

**Students for Fair Admissions, Inc.**            represented by   **John Michael Connolly**
Consovoy McCarthy Park PLLC
3033 Wilson Blvd
Suite 700
Arlington, VA 22201
703−243−9423
Email: mike@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bryan Kipp Weir**
Consovoy McCarthy Park PLLC
3033 Wilson Blvd
Suite 700
Arlington, VA 22201
703−243−9423
Email: bryan@consovoymccarthy.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Fairfax County School Board**            represented by   **Christopher T. Pickens**
*on behalf of Thomas Jefferson High School of Science &Technology*
Hogan Lovells US LLP (VA)
Park Place II
7930 Jones Branch Dr
9th Floor
McLean, VA 22102−3302
703−610−6194
Fax: 703−610−6200
Email: christopher.pickens@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

| | | |
|---|---|---|
| **President and Fellows of Harvard College** | represented by | **Gregory Hayes Lantier** |
| | | Wilmer Cutler Pickering Hale &Dorr LLP (DC) |
| | | 1875 Pennsylvania Ave NW |
| | | Washington, DC 20006 |
| | | (202) 663−6000 |
| | | Fax: (202) 663−6363 |
| | | Email: gregory.lantier@wilmerhale.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2017 | Ï 1 | MOTION to Quash Subpoena by Fairfax County School Board. (Attachments: # 1 Cover Letter, # 2 Civil Cover Sheet)(pmil, ) (Entered: 03/28/2017) |
| 03/28/2017 | Ï 2 | Brief in Support to 1 MOTION to Quash filed by Fairfax County School Board. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Pickens, Christopher) (Entered: 03/28/2017) |
| 03/31/2017 | Ï 3 | Notice of Hearing Date set for April 21, 2017 re 1 MOTION to Quash, 2 Brief in Support (Pickens, Christopher) (Entered: 03/31/2017) |
| 04/03/2017 | Ï | MOTIONS REFERRED to Magistrate Judge: Davis. 1 MOTION to Quash (klau, ) (Entered: 04/03/2017) |
| 04/03/2017 | Ï | Set Deadlines as to 1 MOTION to Quash. Motion Hearing set for 4/21/2017 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (klau, ) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 4 | NOTICE of Appearance by John Michael Connolly on behalf of Students for Fair Admissions, Inc. (Connolly, John) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 5 | Cross MOTION to Transfer Case *to the District of Massachusetts* by Students for Fair Admissions, Inc.. (Connolly, John) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 6 | Memorandum in Support re 5 Cross MOTION to Transfer Case *to the District of Massachusetts*, 1 MOTION to Quash *and Opposition to Motion to Quash* filed by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Connolly, John) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 7 | Notice of Hearing Date set for 04/21/2017 re 5 Cross MOTION to Transfer Case *to the District of Massachusetts* (Connolly, John) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 8 | Corporate Disclosure Statement by Students for Fair Admissions, Inc.. (Connolly, John) (Entered: 04/03/2017) |
| 04/03/2017 | Ï | MOTIONS REFERRED to Magistrate Judge Ivan D. Davis : 5 Cross MOTION to Transfer Case *to the District of Massachusetts* (gwalk, ) (Entered: 04/03/2017) |
| 04/03/2017 | Ï 9 | NOTICE of Appearance by Bryan Kipp Weir on behalf of Students for Fair Admissions, Inc. (Weir, Bryan) (Entered: 04/03/2017) |
| 04/04/2017 | Ï | Set Deadlines as to 5 Cross MOTION to Transfer Case *to the District of Massachusetts*. Motion Hearing set for 4/21/2017 at 10:00 AM in Alexandria Courtroom 301 before Magistrate Judge Ivan D. Davis. (clar, ) (Entered: 04/04/2017) |
| 04/10/2017 | Ï 10 | Opposition to 5 Cross MOTION to Transfer Case *to the District of Massachusetts*, 1 MOTION to |

|            |    |                                                                                                                                                                                                                                                                                                             |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Quash , Reply *In Support* filed by Fairfax County School Board. (Pickens, Christopher) (Entered: 04/10/2017)                                                                                                                                                                                               |
| 04/13/2017 | 11 | NOTICE of Appearance by Gregory Hayes Lantier on behalf of President and Fellows of Harvard College (Lantier, Gregory) (Entered: 04/13/2017)                                                                                                                                                                |
| 04/13/2017 | 12 | Motion to appear Pro Hac Vice by Daniel Winik and Certification of Local Counsel Thomas Kost Filing fee $ 75, receipt number 0422–5475011. by President and Fellows of Harvard College. (Lantier, Gregory) (Entered: 04/13/2017)                                                                             |
| 04/13/2017 | 13 | Corporate Disclosure Statement by President and Fellows of Harvard College. (Lantier, Gregory) (Entered: 04/13/2017)                                                                                                                                                                                        |
| 04/17/2017 | 14 | Reply to Motion re 5 Cross MOTION to Transfer Case *to the District of Massachusetts* filed by Students for Fair Admissions, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Connolly, John) (Entered: 04/17/2017)                                                                                         |
| 04/18/2017 | 15 | ORDER that the 5 Motion to Transfer Case is **GRANTED** ; This miscellaneous matter, 1:17–mc–00007, is transferred to the United States District Court for the District of Massachusetts. Signed by Magistrate Judge Ivan D. Davis on 04/18/17. (pmil, ) (Entered: 04/18/2017)                              |
| 04/18/2017 |    | Case transferred to District of Massachusetts. Original file, certified copy of transfer order, and docket sheet sent. (pmil, ) (Entered: 04/18/2017)                                                                                                                                                       |