AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In re:
SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION ISSUED TO THOMAS JEFFERSON )
*Plaintiff* )
v. ) Case No. 1:17-mc-91107-NMG
HIGH SCHOOL FOR SCIENCE AND TECHNOLOGY )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fairfax County School Board .

Date: 05/09/2017

/s/ Allison M. Foley
*Attorney's signature*

Allison M. Foley (BBO# 660637)
*Printed name and bar number*

Hogan Lovells US LLP
555 13th Street NW
Washington, D.C. 20004
*Address*

allison.foley@hoganlovells.com
*E-mail address*

(202) 637-6552
*Telephone number*

(202) 637-5910
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

s/ Allison Foley<br>
Allison Foley