IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Boston Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SUBPOENA TO TESTIFY AT | ) | |
| A DEPOSITION IN A CIVIL | ) | |
| ACTION ISSUED TO | ) | Misc. No. 1:17-mc-91107-NMG |
| THOMAS JEFFERSON HIGH SCHOOL | ) | |
| FOR SCIENCE & TECHNOLOGY, | ) | Related Case: No 1:14-cv-14176-ADB |
| | ) | |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.5.3, Fairfax County School Board moves that Christopher T. Pickens of Hogan Lovells US LLP, 7930 Jones Branch Drive, Park Place II, Ninth Floor, McLean, Virginia 22102, be permitted to appear *pro hac vice* (in association with the undersigned) to represent it in this matter.

1. Mr. Pickens is associated with the law firm of Hogan Lovells US LLP. He is a member in good standing of the Virginia Bar and the District of Columbia Bar, as well as the bars of the U.S. Court of Appeals for the Fourth Circuit and the U.S. District Courts for the Eastern and Western Districts of Virginia and the District of Columbia. There are no disciplinary proceedings pending against Mr. Pickens in any jurisdiction.

2. Mr. Pickens is familiar with the rules of this Court.

3. Ms. Foley is a member in good standing of the bar of this Court and will continue to represent Fairfax County School Board in this action.

Respectfully submitted,

/s/ Allison M. Foley
Allison M. Foley (BBO #660637)
Hogan Lovells US LLP
555 13th Street NW
Washington, D.C. 20004
Tel: 202.637.6552
Fax: 202.637.5910
allison.foley@hoganlovells.com

*Counsel for Fairfax County School Board on behalf of Thomas Jefferson High School for Science & Technology*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a), the undersigned conferred with counsel for Students for Fair Admission on May 9, 2017, and its counsel assents to this motion.

s/ Allison M. Foley
Allison M. Foley

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

s/ Allison M. Foley
Allison M. Foley