# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Boston Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SUBPOENA TO TESTIFY AT | ) | |
| A DEPOSITION IN A CIVIL | ) | |
| ACTION ISSUED TO | ) | Misc. No. 1:17-mc-91107-NMG |
| THOMAS JEFFERSON HIGH SCHOOL | ) | |
| FOR SCIENCE & TECHNOLOGY, | ) | Related Case: No 1:14-cv-14176-ADB |
| | ) | |

**CERTIFICATION OF CHRISTOPHER T. PICKENS
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Christopher T. Pickens certifies as follows:

1. I make this certification in support of the accompanying Motion for *Pro Hac Vice* Admission and have personal knowledge of the facts stated herein.

2. I am a partner at the law firm of Hogan Lovells US LLP, 7930 Jones Branch Drive, Park Place II, Ninth Floor, McLean, Virginia 22102.

3. Fairfax County School Board has asked that I be admitted *pro hac vice* to appear in this matter on its behalf.

4. I am a member in good standing of the Virginia Bar and the District of Columbia Bar, as well as the bars of the U.S. Court of Appeals for the Fourth Circuit and the U.S. District Courts for the Eastern and Western Districts of Virginia and the District of Columbia.

5. There are no disciplinary proceedings pending against me in any jurisdiction, and I have not had any *pro hac vice* admission to this Court revoked.

6. I am familiar with and will comply with the rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 9th day of May 2017.

/s/ Christopher T. Pickens
Christopher T. Pickens
Hogan Lovells US LLP
7930 Jones Branch Drive
Park Place II, Ninth Floor
McLean, Virginia 22102
Tel: 703.610.6100
Fax: 703.610.6200
christopher.pickens@hoganlovells.com