**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil/Criminal No. __17mc91107-NMG__

Title: __In re: Subpoena to Testify at a Deposition in a Civil Action__

**NOTICE**

Pursuant to Local Rule 40.1, the above-entitled case has been returned to the Clerk for reassignment.

Please take notice that this case previously assigned to Judge __Gorton__ has been reassigned to Judge __Burroughs__ for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __ADB__.

Thank you for your cooperation in this matter.

ROBERT M. FARRELL
CLERK OF COURT

By: __/s/ Christine M. Lima__
Deputy Clerk

Date: __5/10/2017__