# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In re: Subpoena to Testify at a Deposition in a Civil Action Issued to Thomas Jefferson High School for Science & Technology | Case No. 1:17-mc-91107-ADB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 05/11/2017

/s/ Felicia H. Ellsworth
*Attorney's signature*

Felicia H. Ellsworth, BBO #665232
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Address*

felicia.ellsworth@wilmerhale.com
*E-mail address*

(617) 526-6687
*Telephone number*

(617) 526-5000
*FAX number*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on May 11, 2017.

                                                /s/ Felicia H. Ellsworth
                                                Felicia H. Ellsworth